# United States District Court

FILED

2008 FEB 19 AM 11:28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KWK DEPUTY

Southern DISTRICT OF California

| | |
|---|---|
| Priority Mail parcel with Delivery Confirmation of 0306 0320 0002 3897 from Amanda Martinez, 1668 Park Drive, San Diego, CA 92116 to John Martinez, 103 Brooks Boulevard, No. 6, Fort Valley, GA 31030. | **SEARCH WARRANT**<br>CASE NUMBER: '08 MJ 0485 |

TO: Kim Kelly, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Kim Kelly who has reason to believe that on the premises known as Priority Mail parcel with Delivery Confirmation of 0306 0320 0002 3897. This parcel is from Amanda Martinez, 1668 Park Drive, San Diego, CA 92116 to John Martinez, 103 Brooks Boulevard, No. 6, Fort Valley, GA 31030 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ANTHONY J. BATTAGLIA

U. S. Judge or Magistrate

as required by law.

FEB 15 2008 1:35 pm at San Diego, CA

Date and Time Issued | City and State

ANTHONY J. BATTAGLIA
U.S. Magistrate Judge

and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2.15.08 | 2.15.08 1405 | Post Office |

INVENTORY MADE IN THE PRESENCE OF

PI Kelly Cain

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

4.8 pounds of marijuana

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge

Date 2/19/08